Case 1:18-md-02865-LAK   Document 329-11   Filed 04/27/20   Page 1 of 2

# Exhibit 4



ELYSIUM-06020028