## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:18-cv-09434 (LAK);
1:18-cv-09439 (LAK); 1:18-cv-09489 (LAK);
1:18-cv-09490 (LAK); 1:18-cv-09491 (LAK);
1:18-cv-09492 (LAK); 1:18-cv-09494 (LAK);
1:18-cv-09497 (LAK); 1:18-cv-09498 (LAK);
1:18-cv-09505 (LAK); 1:18-cv-09507 (LAK);
1:18-cv-09511 (LAK); 1:18-cv-09515 (LAK);
1:18-cv-09549 (LAK); 1:18-cv-09552 (LAK).

18-MD-2865 (LAK)

ECF Case

## [PROPOSED] ORDER

WHEREAS, upon the application of attorneys Mark J. Hyland, Esq., and Thomas Ross Hooper, Esq., of Seward & Kissel LLP and Philip W. Collier, Esq., of Stites & Harbison PLLC for leave to withdraw as the attorneys of record in this matter,

IT IS HEREBY ORDERED that attorneys Mark J. Hyland, Esq., Thomas Ross Hooper, Esq., and Philip W. Collier, Esq., are granted leave to withdraw as counsel, and Frederick R. Bentley, III, Esq. formerly of Stites & Harbison PLLC, are hereby withdrawn as counsel, and will no longer receive docketing notifications via the ECF system for Defendant Bernard Tew.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Mark J. Hyland, Esq., Thomas Ross Hooper, Esq., Frederick R. Bentley, III, Esq., John W. Pollom, Esq., and Philip W. Collier, Esq. from the list of counsel for Defendant Bernard Tew in this case.

Dated: New York, New York
_____, 2021

_____
HONORABLE LEWIS A. KAPLAN