**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION<br>OF THE KINGDOM OF DENMARK<br>(SKATTEFORVALTNINGEN) TAX REFUND<br>SCHEME LITIGATION<br><br>This document relates to all cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

<u>**NOTICE OF APPEARANCE**</u>

**PLEASE TAKE NOTICE** that Gregory C. Farrell of the law firm Hughes Hubbard &

Reed LLP hereby appears on behalf of Plaintiff Skatteforvaltningen.  The undersigned hereby

certifies that he is admitted to practice before this Court.

Dated: New York, New York
           April 29, 2022

HUGHES HUBBARD & REED LLP

By:    /s/ Gregory C. Farrell
     Gregory C. Farrell
 One Battery Park Plaza
 New York, New York 10004-1482
 Telephone: (212) 837-6000
 Fax:  (212) 422-4726
 gregory.farrell@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*